# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 14, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154062(74)(77)(78)

MENARD, INC.,
          Petitioner-Appellant,

v

CITY OF ESCANABA,
          Respondent-Appellee.

SC: 154062
COA: 325718
MTT: 00-441600; 14-001918-TT

_____/

       On order of the Chief Justice, the separate motions of (1) the Michigan Municipal League Legal Defense Fund, Michigan Townships Association, Public Corporation Law Section of the State Bar of Michigan, and Michigan Association of Counties, (2) the Michigan Assessors Association, International Association of Assessing Officers, and Michigan Association of Equalization Directors, and (3) the Michigan Realtors to file briefs amicus curiae are GRANTED. The amicus briefs submitted by those groups are accepted for filing.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 14, 2017



Clerk